UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ATHAN,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>OCEAN RECOVERY EAST, LLC,<br><br>　　　　　　　Defendant. | No. 24-CV-7723 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　It having been reported to this Court that the above-entitled action has been settled, it is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:　　March 10, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　*/s/ Loretta A. Preska*
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge

1