UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Christina Athan,

                    Plaintiff(s),

          -against-

Ocean Recovery East, LLC,

                    Defendant(s).

------------------------------------x

24 CV 7723 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

          Counsel shall confer and inform Judge Preska by letter no later than _March 30_ of the status of the action/remaining claims/defendants.


SO ORDERED.


                              _____

                              LORETTA A. PRESKA,

                              Senior U.S.D.J.


Dated: 3/23/24

New York, New York